United States Court of Appeals

For the Eighth Circuit

_____

No. 17-1498
_____

United States of America

*Plaintiff - Appellee*

v.

Neldwin Adan Santana

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines
_____

Submitted: September 19, 2017
Filed: October 3, 2017
[Unpublished]
_____

Before LOKEN, MURPHY, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Neldwin Adan Santana directly appeals the sentence imposed by the district court[1] after he pled guilty to illegally reentering the United States. Santana's counsel

_____

[1]The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.

has moved for leave to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the sentence is substantively unreasonable. Santana has filed a pro se brief essentially arguing the same.

After thorough review, we conclude that the district court did not impose an unreasonable sentence, as the court carefully considered the 18 U.S.C. § 3553(a) sentencing factors and sentenced Santana at the bottom of the calculated Sentencing Guidelines range.  <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (discussing appellate review of sentencing decisions); <u>see also</u> <u>United States v. Petersen</u>, 848 F.3d 1153, 1157 (8th Cir. 2017) (appellate court may apply presumption of reasonableness to within-Guidelines-range sentence); <u>United States v. Stults</u>, 575 F.3d 834, 849 (8th Cir. 2009) (where court makes individualized assessment based on facts presented, addressing proffered information in consideration of § 3553(a) factors, sentence is not unreasonable).

Having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal.  Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

_____